UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LANGE,

        Plaintiff(s),

   v.

ALS ENTERPRISES, INC.,

        Defendant(s).

                                      /

No. C 09-2320 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR CASE REMANDED BY JPMDL**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has reviewed the joint stipulation of counsel to continue the Case Management Conference from March 29, 2012 to April 19, 2012, and approves of this request. However, the court would prefer that all parties appear in person. If the April 19, 2012 date is not convenient for that purpose, counsel may stipulate to another Thursday in April or May. Accordingly, a Case Management Conference shall be held on April 19, 2012, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay, Oakland, California.

    The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

    **SO ORDERED.**

Dated: March 19, 2012

                                                                    PHYLLIS J. HAMILTON
                                                                    United States District Judge