1  Eric B. Fastiff (State Bar No. 182260)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
3  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
4
5  Attorneys for Plaintiff Jonathan Lange
   [Additional counsel listed on signature page]
6

7                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
8

9  JONATHAN LANGE,                          CASE NO. 4:09-CV-02320-PJH

10        Plaintiff,                         [PROPOSED] ORDER OF DISMISSAL
                                            WITH PREJUDICE
11  v.

12  A.L.S. ENTERPRISES, INC., ET AL.,        Judge:   Phyllis J. amilton

13        Defendants.

14

15        Pursuant to the parties' Stipulation of Dismissal and Findings of Fact therein, which are

16  incorporated in this Order by reference,
17
18        IT IS HEREBY ORDERED that the above-captioned action is dismissed with

19  prejudice.

20  DATED:  September __17__, 2012
                                            _____
21                                          Honorable Phyllis J. Hamilton
                                            United States District Judge
22

23

24

25

26

27

28